The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL DIAZ,
Plaintiff,

v.

DOLLAR TREE STORES INC et al.,
Defendant(s).

NO. 22-1163-BJR

**ORDER DENYING MOTION TO CONTINUE DISCOVERY DEADLINES**

The Court is in receipt of the parties' agreed Motion to Continue Discovery Deadlines, requesting a 90-day extension of discovery deadlines. Section II.D. of the Court's Standing Order, Dkt. No. 8, explicitly provides that "[m]otions for extensions of time are discouraged and will be granted only where good cause is clearly evident. Accordingly, parties should not expect the Court to grant extensions even if they are unopposed, absent the necessary showing." The parties here have made no attempt to articulate "good cause" for an extension in this matter. Furthermore, a 90-day extension of pretrial deadlines, apparently in the absence of a corresponding request for a continuation of the trial date,[1] will result in an unworkably compressed pretrial schedule, which could among other things restrict the Court's ability to rule on any dispositive motions in advance of trial.

---

[1] While the Motion states that "[t]he parties agree that even with the extension, the trial date can remain as set for October 23, 2023," the proposed order provided to the Court states "ORDERED, ADJUDGED AND DECREED that the trial is continued."

ORDER

- 1

1       Accordingly, the Motion is hereby DENIED without prejudice and with leave to refile a

2 motion that adequately addresses these issues.

3       DATED this 30th day of March, 2023.

4

5                                                 Barbara Jacobs Rothstein

6                                               U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  ORDER

25  - 2