Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL DIAZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOLLAR TREE STORES, Inc., a foreign corporation; DOLLAR TREE SOURCING COMPANY LLC, a foreign corporation; and DOLLAR TREE DISTRIBUTION, INC., a foreign corporation,<br><br>　　　　Defendants. | No. 2:22-cv-1163<br><br>STIPULATED MOTION **AND ORDER** TO CONTINUE TRIAL<br><br>NOTE ON MOTION CALENDAR:<br><br>APRIL ___, 2023 |

## I. REQUEST FOR RELIEF

COME NOW the parties, by and through their respective attorneys of record and hereby and file this Agreed Motion for Continuance of the trial date and associated deadlines, and in support, would show the Court as follows:

1. The discovery deadline is set for April 26, 2023.

2. Trial is currently scheduled for October 23, 2023.

3. The parties agree that due to the extended period of time it has taken to obtain discovery from Plaintiff in this matter it is in the parties' best interests to continue the current trial date.

4. Plaintiff's counsel was on an extended paternity leave starting on November 9, 2022, and while he has now returned to work, the lapse in time has prevented the parties from

STIPULATED MOTION TO CONTINUE TRIAL - 1
2:22-cv-1163
7187588

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

conducting the discovery necessary to proceed to trial on the current trial date. Additionally, plaintiff Diaz has been ill with bronchitis since mid-February 2023.

5. Defendants served discovery requests on November 16, 2022 and responses were just recently produced by Plaintiff on April 7, 2023.

6. The parties agree that continuing the trial date will allow the parties a greater opportunity to fully investigate the alleged injuries and damages alleged by Plaintiff. This additional time will also provide the parties with a greater opportunity to resolve this matter through alternative dispute resolution rather than a costly and time consuming trial.

7. The parties agree that a continuance will not prejudice either party.

8. The parties also agree that continuing the trial date will allow for additional time with which to present the court with potentially dispositive motions that could serve to narrow the issues in dispute at trial.

9. The parties agree that the delay in discovery and the need for additional depositions and expert investigations constitutes good cause for continuing the current trial date.

Respectfully submitted,

DATED this 7th day of April, 2023.

LAW OFFICES OF DAVID S. ROTH

By:_____
David S. Roth, WSBA No. 12812
Of Attorneys for Plaintiff

DATED this 7th day of April, 2023.

LEE SMART, P.S., INC.

By: */s/ Jeff M. Dore*_____
Jeffrey P. Downer, WSBA No, 12625
Jeff M. Dore, WSBA No. 44951
Of Attorneys for Defendants

STIPULATED MOTION TO CONTINUE TRIAL - 2
2:22-cv-1163
7187588



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

## I.     CERTIFICATE OF CONFERENCE

No conference is necessary since this is an agreed motion.

DATED this __7th__ day of April, 2023.       DATED this 7th day of April, 2023.

LAW OFFICES OF DAVID S. ROTH              LEE SMART, P.S., INC.

By: __/s/ David S. Roth_____           By: __/s/ Jeff M. Dore_____
    David S. Roth, WSBA No. 12812              Jeffrey P. Downer, WSBA No, 12625
    Of Attorneys for Plaintiff                         Jeff M. Dore, WSBA No. 44951
                                                                    Of Attorneys for Defendants

## II.     ORDER

The Court having considered the agreed motion of the parties, and deeming itself otherwise fully advised in the premises, the Court finds good cause for a 90-day extension of the trial and pretrial deadlines in this matter.

ORDERED, ADJUDGED AND DECREED that the trial is continued until January 22, 2024. The following deadlines are also continued by approximately 90 days:

Discovery shall be completed by July 25, 2023; all dispositive motions must be filed by August 24, 2023; all motions in limine must be filed by December 18, 2023; the Joint Pretrial Statement is due December 29, 2023; and the Pretrial Conference shall be held on January 8, 2024.

DATED this 10th day of April, 2023.

_/s/ Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO CONTINUE TRIAL - 3
2:22-cv-1163
7187588

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1

2  Presented by:

3  LEE SMART, P.S., INC.

4

5  By: _/s/ Jeff M. Dore_
   Jeffrey P. Downer, WSBA No, 12625
6  Jeff M. Dore, WSBA No. 44951
   Of Attorneys for Defendants
7

8
   LAW OFFICES OF DAVID S. ROTH
9

10 By: _/s/ David S. Roth_
   David S. Roth, WSBA No. 12812
11  Of Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO CONTINUE TRIAL - 4
2:22-cv-1163
7187588



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com