Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL DIAZ,<br><br>            Plaintiff,<br><br>  vs.<br><br>DOLLAR TREE STORES, Inc., a foreign corporation; DOLLAR TREE SOURCING COMPANY LLC, a foreign corporation; and DOLLAR TREE DISTRIBUTION, INC., a foreign corporation,<br><br>            Defendants. | NO. 2:22-cv-1163<br><br>ORDER CONTINUING TRIAL DATE AND EXTENDING CASE SCHEDULE **30 DAYS** |

**ORDER**

THIS MATTER having come on regularly before the undersigned judge in the above-entitled court upon Plaintiff's Motion to Continue Trial Date and Extend Case Schedule, the Court having considered the Motion, Defendant's Response, and Plaintiff's Reply, and the Court deeming itself otherwise fully advised in the premises, finds good cause for a final (approximate) 30-day extension of the trial and pretrial deadlines in this matter. The Court denies Plaintiff's request for a 90-day extension, finding that the reasons given for the request do not support an extension of that length, and that Defendants are entitled to timely resolution of this case.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the trial is continued to February 26, 2024. The following deadlines are also continued by approximately 30 days:

Discovery shall be completed by August 25, 2023; all dispositive motions must be filed by September 29, 2023; all motions in limine must be filed by January 15, 2024; the Joint Pretrial Statement is due February 5, 2024; and the Pretrial Conference shall be held February 12, 2024.

DATED this 7th day of August, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

LAW OFFICES OF DAVID S. ROTH

/s/ *David S. Roth*
David S. Roth, WSBA 12812
Attorney for Plaintiff Diaz

ORDER CONTINUING TRIAL DATE AND
EXTENDING CASE SCHEDULE - 2 of 2

**ROTH DAVIS**
2601 4th Ave, Suite 470
Seattle, WA 98121
206-447-8665