Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL DIAZ,<br><br>  Plaintiff,<br><br> vs.<br><br>DOLLAR TREE STORES, Inc., a foreign corporation; DOLLAR TREE SOURCING COMPANY LLC, a foreign corporation; and DOLLAR TREE DISTRIBUTION, INC., a foreign corporation,<br><br>  Defendants. | NO. 2:22-cv-01163-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>(Clerk's Action Required) |

## I. STIPULATION

COME NOW the parties, by and through their respective attorneys of record and hereby stipulate and agree that plaintiff's complaint shall be dismissed with prejudice and without costs pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED this 19th day of October, 2023.

ROTH DAVIS

By: /s/ David S. Roth
 Gavin L. Davis, WSBA No. 47278
 David S. Roth, WSBA No. 12812
 Of Attorneys for Plaintiff
 Law Offices of David S. Roth
 2601 4th Ave., Suite 470

DATED this 20th day of October, 2023.

LEE SMART, P.S., INC.

By:/s/ Peter E. Sutherland
 Jeffrey P. Downer, WSBA No. 12625
 Peter E. Sutherland, WSBA No. 17745
 Calder J. Thingvold, WSBA No. 60774
 Of Attorneys for Defendants
 Lee Smart, P.S., Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No. 2:22-cv-01163-BJR
- 1

Diaz - Stipulation and Order of Dismissal with Prejudice (Proposed)

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

| | |
|---|---|
| Seattle, WA  98121<br>gavin@legalroth.com<br>david@legalroth.com | 1800 One Convention Place<br>701 Pike Street<br>Seattle, WA  98101-3929<br>(206) 624-7990<br>JPD@LeeSmart.com<br>PES@LeeSmart.com<br>CT@leesmart.com |

## II.   ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned judge in the above-entitled court, the Court having considered the Stipulation of the parties, and the court deeming itself otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is dismissed with prejudice and without costs pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated:  October 20, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LEE SMART, P.S., INC.


By: /s/ Peter E. Sutherland
    Jeffrey P. Downer, WSBA No. 12625
    Peter E. Sutherland, WSBA No. 17745
    Calder J. Thingvold, WSBA No. 60774
    Of Attorneys for Defendant
    Lee Smart, P.S., Inc.
    1800 One Convention Place
    701 Pike Street
    Seattle, WA  98101-3929

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No. 2:22-cv-01163-BJR
- 2

Diaz - Stipulation and Order of Dismissal with Prejudice (Proposed)

LEE SMART   701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

1  (206) 624-7990
   JPD@LeeSmart.com
2  PES@LeeSmart.com
   CT@leesmart.com
3
   Approved as to Form;
4  Notice of Presentation Waived:

5  ROTH DAVIS

6

7  By: /s/ David S. Roth
       Gavin L. Davis, WSBA No. 47278
8      David S. Roth, WSBA No. 12812
       Of Attorneys for Plaintiff
9      Law Offices of David S. Roth
       2601 4th Ave., Suite 470
10     Seattle, WA  98121
       gavin@legalroth.com
11     david@legalroth.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No. 2:22-cv-01163-BJR
- 3
Diaz - Stipulation and Order of Dismissal with Prejudice (Proposed)



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com